DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BOBBETH MORGAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2594

[November 7, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Thomas J. Coleman, Judge; L.T. Case No. 15-11899CF10A.

Frank A. Maister of Frank Maister, P.A., Fort Lauderdale, for appellant.

No brief required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, TAYLOR and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***